UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY BRIAN
MALLGREN,

       Plaintiff,

v.          CASE NO. 3:25-cv-821-MMH-MCR

NEW YORK STATE,
*et al.*,

       Defendants.
_____/

### REPORT AND RECOMMENDATION[1]

**THIS CAUSE** is before the Court *sua sponte*, i.e., on its own motion. *Pro se* Plaintiff initiated this action without paying the $405.00 filing fee or filing a request to proceed *in forma pauperis* by submitting an affidavit of indigency. *See* 28 U.S.C. §§ 1914(a), 1915(a). Therefore, the Court entered an Order stating in relevant part:

> **On or before August 8, 2025**, Plaintiff shall either pay the $405.00 filing fee or complete and file the long-form affidavit of indigency. Failure to do so may result

---

[1] "Within 14 days after being served with a copy of [this Report and Recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters the scope of review by the District Judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1; M.D. Fla. R. 6.02.

> in a recommendation that this action be dismissed without further notice.

(Doc. 2 at 1–2.) Following entry of that Order, Plaintiff took no action regarding this case.

On September 5, 2025, the Cour entered an Order to Show Cause stating in relevant part:

> **On or before September 17, 2025**, Plaintiff shall comply with the Court's prior Order (Doc. 2) and **SHOW CAUSE** in writing why this case should not be dismissed for failure to prosecute pursuant to Local Rule 3.10. Failure to do so will likely result in a recommendation that this action be dismissed without further notice.

(Doc. 3 at 2.) Following entry of the Order to Show Cause, Plaintiff has taken no action regarding this case.

Local Rule 3.10 states: "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." In light of the above, the undersigned recommends that this action be dismissed for failure to prosecute pursuant to Local Rule 3.10.

Accordingly, it is respectfully **RECOMMENDED** that:

1. This case be **DISMISSED** for failure to prosecute pursuant to Local Rule 3.10.

2. The Clerk of Court be directed to terminate any pending motions

and deadlines and close the file.

      **DONE AND ENTERED** in Jacksonville, Florida, on October 22, 2025.

                                  MONTE C. RICHARDSON
                    UNITED STATES MAGISTRATE JUDGE

Copies to:

The Honorable Marcia Morales Howard
Chief United States District Judge

*Pro se* Plaintiff

3